UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

GREINER SERVICE STATIONS, INC.,

        Defendant.

Case No.  20-cv-04682-TSH

**ORDER TO SHOW CAUSE**

On August 25, 2020, the Clerk of Court entered default against Greiner Service Stations, Inc. ECF No. 10.  Greiner subsequently attempted to file an Answer on August 29, 2020.  ECF No. 13.  However, as entry of a defendant's default cuts off its right to appear in the action, the Court ordered the parties to meet and confer to determine whether they can agree to set aside default in this matter and permit Greiner to file its answer.  ECF No. 14.  After the parties failed to respond by the September 3 deadline, the Court issued a second order and extended the deadline to September 10.  ECF No. 15.  No response has been received.

As Plaintiff Scott Johnson has made no appearance since Greiner's attempted answer, and he has failed to respond to two court orders, the Court **ORDERS** Johnson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Johnson shall file a declaration by September 24, 2020.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 8, 2020 at 10:00 a.m.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Johnson do(es) not intend to prosecute, and the case will be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: September 11, 2020

THOMAS S. HIXSON
United States Magistrate Judge