UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>GREINER SERVICE STATIONS, INC.,<br><br>        Defendant. | Case No. 20-cv-04682-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

On August 25, 2020, the Clerk of Court entered default against Greiner Service Stations, Inc. ECF No. 10. As Greiner subsequently attempted to file an Answer on August 29, 2020 (ECF No. 13), the Court ordered the parties to meet and confer to determine whether they can agree to set aside default and permit Greiner to file its answer. ECF No. 14. After the parties failed to respond by the September 3 deadline, the Court issued a second order and extended the deadline to September 10. ECF No. 15. As no response was filed and Plaintiff Scott Johnson had otherwise made no appearance since Greiner's attempted answer, the Court ordered him to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 16.

On September 24, Johnson's counsel, Robert Doyle, filed a declaration stating he had attempted to contact defense counsel, Michael Welch, since at least July 17, 2020, but later learned Welch had been hospitalized due to contracting COVID-19. ECF No. 17. Doyle stated he was now in communication with Welch and the parties had agreed to remove the default. Doyle requested the Court permit more time for substitute counsel to appear on Greiner's behalf. Based on counsel's response, the Court discharged the show cause order and directed the Clerk of Court to set aside default against Greiner. ECF No. 19. The Court directed the parties to file an updated

status report by October 22, 2020.  To date, there has been no further docket activity.

Accordingly, the Court **ORDERS** Johnson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Johnson shall file a declaration by November 6, 2020.  <u>Johnson is reminded that failure to file a written response will be deemed an admission that he does not intend to prosecute, and the case will be dismissed without prejudice.</u>

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge

2