UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>GREINER SERVICE STATIONS, INC.,<br><br>    Defendant. | Case No.  20-cv-04682-TSH<br><br>**THIRD ORDER TO SHOW CAUSE** |

On November 23, 2020, the Court directed the Clerk of Court to enter default as to Defendant Greiner Service Stations, Inc., and for Plaintiff Scott Johnson to file a motion for default judgment or a status report by December 10, 2020.  ECF No. 24.  On December 10 Johnson's counsel filed a declaration indicating that Johnson intended to file his motion by December 18.  ECF No. 28.  The Court extended the deadline accordingly.  ECF No. 30.  As Johnson failed to file his motion by the extended deadline and has shown a repeated failure to comply with deadlines in this case (*see* ECF Nos. 16, 20), the Court **ORDERS** him to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by January 4, 2021.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 14, 2021 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.  Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff do(es) not intend to prosecute, and the case may be dismissed without prejudice.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 21, 2020

THOMAS S. HIXSON
United States Magistrate Judge